-1-

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DAN TURLEY**                                **PLAINTIFF/COUNTER-DEFENDANT**

**v.**                  **CIVIL NO. 2:08cv00218 BSM**

**WILLIAM FITCH AND
JOAN FITCH**                             **DEFENDANTS/COUNTER-PLAINTIFFS**

## AGREED ORDER OF DISMISSAL

Upon the parties' joint motion, the court finds that this case has been settled and that plaintiff's cause of action, as well as all counter-claims, should be dismissed with prejudice, and that each party shall bear its own costs.

IT IS THEREFORE ORDERED AND DECREED that the above captioned cause is dismissed with prejudice and that each party is to bear its own costs.

IT IS SO ORDERED this 13th day of April, 2009.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

/s/: Gary J. Mitchusson
Gary J. Mitchusson
garyjmitchusson@sbcglobal.net
*Attorney for Plaintiff/Counter-Defendant*

/s/: Jonathan S. Masters
Jonathan S. Masters, MSB #99419
jmasters@holcombdunbar.com
*Attorney for Defendants/Counter-Plaintiffs*